IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 06-3563 |
| v. | : | CRIMINAL ACTION NO. ~~~~ |
| LUIS BURGOS, et. al. | : | |

## ORDER

AND NOW, this 21 day of February, 2008, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, ~~the Response thereto~~ no objection by the Government, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated January 28, 2008, IT IS HEREBY ORDERED that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is CONDITIONALLY GRANTED; and

3. The matter is REMANDED to the United States Parole Commission for further proceedings and recalculation of Petitioner's parole consistent with the Report and Recommendation.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.